**Fill in this information to identify the case:**

Debtor name  GOLD'S HOLDING CORP.

United States Bankruptcy Court for the:  NORTHERN  District of TEXAS
(State)

Case number (If known):  20-31320

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SOUTHWEST MEDIA GROUP 1717 MAIN STREET SUITE 4000 DALLAS, TX 75201 | | TRADE PAYABLE | | | | $3,362,390 |
| 2 | EUROPA SPORTS PRODUCTS, LLC 11401 H GRANITE STREET ATLANTA, GA 30384-7440 | | TRADE PAYABLE | | | | $1,051,470 |
| 3 | SUPPLYWORKS 701 SAN MARCO BLVD. JACKSONVILLE, FL 32207 | | TRADE PAYABLE | | | | $484,949 |
| 4 | ECOVA, INC. 1313 NORTH ATLANTIC SUITE 5000 SPOKANE, WA 99201 | | TRADE PAYABLE | | | | $433,586 |
| 5 | GOOGLE, INC. 1600 AMPHITHEATRE PKWY. MOUNTAIN VIEW, CA 94043 | | LEASE | | | | $340,762 |
| 6 | MOTIONSOFT, INC. 1451 ROCKVILLE PIKE SUITE 500 ROCKVILLE, MD 20852 | | TRADE PAYABLE | | | | $248,603 |
| 7 | MORPHEUS LABS INC. 423 6TH STREET SOUTH KIRKLAND, WA 98033 | | TRADE PAYABLE | | | | $207,300 |
| 8 | WINDSTREAM P.O. BOX 9001013 LOUISVILLE, KY 40290-1013 | | TRADE PAYABLE | | | | $198,513 |

Debtor    GOLD'S HOLDING CORP.
          Name

Case number (if known)    20-31320

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | BENSUSSEN DEUTSCH & ASSOCIATES LLC 15525 WOODINVILLE-REDMOND RD. NE WOODINVILLE, WA 98072 | | TRADE PAYABLE | | | | $190,108 |
| 10 | COMMERCIAL SWIM MANAGEMENT P.O. BOX 952 HUTTO, TX 78634 | | TRADE PAYABLE | | | | $174,410 |
| 11 | ADP INC. - BOSTON P.O. BOX 842875 BOSTON, MA 02284-2875 | | TRADE PAYABLE | | | | $134,048 |
| 12 | JAMES P. ARGYROPOULOS TRUST 1244 SIXTH STREET SANTA MONICA, CA 90401 | | LEASE | | | | $125,000 |
| 13 | LIFEBLUE, INC. 5830 GRANITE PARKWAY SUITE 1250 PLANO, TX 75024 | | TRADE PAYABLE | | | | $116,194 |
| 14 | VENA SOLUTIONS USA INC. 1971 WESTERN AVE. #1125 ALBANY, NY 12203 | | TRADE PAYABLE | | | | $90,000 |
| 15 | GREENLIGHT 4827 MEMPHIS STREET DALLAS, TX 75207 | | TRADE PAYABLE | | | | $85,874 |
| 16 | FIRE & LIFE SAFETY AMERICA INC. 8827 STAPLES MILL ROAD RICHMOND, VA 23228 | | TRADE PAYABLE | | | | $84,732 |
| 17 | FIT RADIO 3423 PIEDMONT ROAD NE ATLANTA, GA 30305 | | TRADE PAYABLE | | | | $76,585 |
| 18 | XTREME ACTIVEWEAR 1605 W 130TH ST., SUITE 5 GARDENA, CA 90249 | | TRADE PAYABLE | | | | $75,563 |
| 19 | XPRESSDOCS DEPT 3413 DALLAS, TX 75312-3413 | | TRADE PAYABLE | | | | $72,512 |
| 20 | LES MILLS UNITED STATES TRADING, INC. P.O. BOX 74008587 CHICAGO, IL 60674-8587 | | TRADE PAYABLE | | | | $70,894 |