BTXN 094 (rev. 5/04)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:

§
§
§    Case No.:
§
§
Debtor(s)    §
§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☐ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.1, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

_____
Date

_____
Signature of Debtor
 Chief Administration Officer

_____
Signature of Joint Debtor (if applicable)

_____
Signature of Attorney (if applicable)

_____
Debtor's Social Security *(last four digits only)* / Tax ID No.

_____
Joint Debtor's Social Security *(last four digits only)* / Tax ID No.

# Gold's Holding Corp.

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| **Contract Parties** | | | | | |
| ADP, LLC | Address Unavailable At Time Of Filling | | | | |
| American Hotel Register Company | 100 S Milwaukee Ave | Vernon Hills | IL | 60061 | |
| Am-Finn Sauna Co. | 372 South EagleSuite 341 | Eagle | ID | 83616 | |
| Club Resource Group | 25520 South Schulte Court | Tracy | CA | 95377 | |
| Core Fitness, LLC Dba Stairmaster | 4400 Ne 77Th AvenueSuite 300 | Vancouver | WA | 98662 | |
| First Credit Services, Inc. | 1 Woodbridge CenterSuite 410 | Woodbridge Township | NJ | 07095 | |
| Fitwipes.Com | 1888 Thunderbird Street | Troy | MI | 48084 | |
| Forum Analytics, LLC (Subsidiary Of Cbre, Inc.) | 770 North Halsted StreetSuite 503 | Chicago | IL | 60642 | |
| Gp Industries Technogym Usa | 830 4Th Avenue SouthSuite 300 | Seattle | WA | 98134 | |
| National Academy Sports Medicine (Nasm) | 5845 East Still CircleSuite 206 | Mesa | AZ | 85260 | |
| Octane Fitness,LLC | 7601 Northland Drive NSuite 100 | Brooklyn Park | MN | 55428 | |
| Pagemaster Corporaton | 100 East Thousand Oaks BlvdSuite 297 | Thousand Oaks | CA | 91360 | |
| Salesforce.Com, Inc. | The Lankmark @ One MarketSuite 300 | San Francisco | CA | 94105 | |
| Swisher Hygine Usa Operations Inc. | 4725 Piedmont Row DriveSuite 400 | Charlotte | NC | 28210 | |
| Ultima Fitness Supplements LLC (Kul Fuel) | 4140 Legacy DriveSuite 322 | Plano | TX | 75024 | |
| **Debtor and its Professionals** | | | | | |
| Dykema | Aaron M. Kaufman, Ariel J. Snyder Comerica Bank Tower 1717 Main Street, Suite 4200 | Dallas | TX | 75201 | |
| Dykema | Danielle N. Rushing 112 East Pecan Street, Suite 1800 | San Antonio | TX | 78205 | |
| Gold's Holding Corp. | 4001 Maple Ave., Ste. 200 | Dallas | TX | 75219 | |
| **Governmental Entities** | | | | | |
| Deering, Heather | 3923 Haleys Way | Round Rock | TX | 78665 | |
| Internal Revenue Service | Special Procedures-Insolvency PO Box 7346 | Philadelphia | PA | 19101-7346 | |
| Osborne, Ashlee | 925 Kings Row | Denton | TX | 76209 | |
| Racca, Heather | 431 N Cascade Ave.Suite 1 | Colorado Springs | CO | 80903 | |

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| United States Trustee | 1100 Commerce Street Room 976 | Dallas | TX | 75242 | |
| Us Attorney'S Office | Northern District Of Texas 1100 Commerce Street, Third Floor | Dallas | TX | 75242-1699 | |

## Landlords

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| 2900 Clarendon Commercial, LLC | 1220 N Fillmore St Suite 320 | Arlington | VA | 22201 | |
| Bradlick Subsidiary, LLC | 1025 Thomas Jefferson St NwSuite 700 East | Washington | DC | 20007-5201 | |
| Frank D Matranga | 10 Chandler Place | San Marino | CA | 91108 | |
| Google, Inc. | 1600 Amphitheatre Pkwy | Mountain View | CA | 94043 | |
| Harbor Investors, LLC | 197 Emerald Bay | Laguna Beach | CA | 92651 | |
| Hardin Corp | 6205 Old Keene Mill CourtSte 100 | Springfield | VA | 22152 | |
| Health Club Investors, LLC | 11739 Bowman Green Dr | Reston | VA | 20190 | |
| Hester`s Crossing Property, LLC | 500 E 4Th Street#303 | Austin | TX | 78701 | |
| James P Argyropoulos Trust | 1244 Sixth Street | Santa Monica | CA | 90401 | |
| Nash Street Property Associates, LLC | 1401 Wilson BlvdSuite 802 | Arlington | VA | 22209 | |
| Ps Business Parks, L P | 1840 Hutton DriveSuite 160 | Carrollton | TX | 75006 | |
| Sofianek & Shaw Partnership | 2720 Madrillo Court | Pasadena | CA | 91170 | |
| Spirit Gg O`Fallon Mo, LLC | 2727 North Harwood StSuite 300 | Dallas | TX | 75201 | |
| Spirit Realty, LP | 2727 N Hardwood St.Suite 300 | Dallas | TX | 75201 | |
| Tejas Center, LTD | 1700 George Bush Drive EastSuite 240 | College Station | TX | 77840 | |

## Litigation and Other Legal Claims

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| Harris, Dante (Gold`S Gym Inc.) | Attn: Ronald T Funari440 Louisiana St1400 | Houston | TX | 77002 | |
| Hernandez, Maritza | Attn: James L Bauguss, Iii1934 Pendleton Drive | Garland | TX | 75041 | |
| Karetek Holdings LLC | 15922 El Dorado Parkway Suite 500-1711 | Frisco | TX | 75035 | |
| Luchnick, Lance, Marinela Luchnick, | And Sean LuchnickAttn: Sean Luchnick15900 La Cantera Pkwy, #26215 | San Antonio | TX | 78256 | |
| Parnell, General | 4716 Dorchester Heights Ln | Austin | TX | 78754 | |
| Woc, LLC | Andrew Schulwolf110 N Washington St#300 | Rockville | MD | 20850 | |

## Secured Creditors

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| Bank Of America, NA | C/O Louis R. Strubeck<br>Norton Rose Fulbright Us LLP<br>2200 Ross Avenue | Dallas | TX | 75201-7932 | |
| JPMorgan Chase Bank, NA | As Administrative Agent<br>C/O Louis R. Strubeck<br>Norton Rose Fulbright Us LLP<br>2200 Ross Avenue | Dallas | TX | 75201-7932 | |
| Norton Rose Fulbright US LLP | Kristian W. Gluck<br>2200 Ross Ave | Dallas | TX | 75201-7932 | |
| Wells Fargo Bank NA | C/O Louis R. Strubeck<br>Norton Rose Fulbright Us LLP<br>2200 Ross Avenue | Dallas | IL | 75201-7932 | |
| Wick Phillips | Jason Rudd<br>3131 Mckinney Avenue, Suite 100 | Dallas | TX | 75204 | |

**Taxing Authorities**

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| City Of Colorado Springs | Department 2408 | Denver | CO | 80256-0001 | |
| Franchise Tax Board | PO Box 942857 | Sacramento | CA | 94257-0531 | |
| North Carolina Department Of Revenue | PO Box 25000 | Raleigh | NC | 27640-0520 | |
| Texas Comptroller Of Public Accounts | Austin Audit Office1711 San JacintoSuite 410 | Austin | TX | 78711 | |

**Vendors and Utilities**

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| 1 800 Got Junk? LLC | Dept 3419, Po Box 123419 | Dallas | TX | 75312-3419 | |
| 1St Choice Upholstery | PO Box 547 | Mcleansville | NC | 27301 | |
| A&H Mechanical Contracting, Inc. | PO Box 38 | Collinsville | IL | 62234 | |
| A+ Plumbing | PO Box 276106 | San Antonio | TX | 78227 | |
| A1 Recircle | 2301 Ocean Ave., Unit 204 | Santa Monica | CA | 90405 | |
| Active Nutrition | 2100 Smithown Avenue | Ronkonkoma | NY | 11779 | |
| Adp, Inc - Boston | PO Box 842875 | Boston | MA | 02284-2875 | |
| Advanced Elevator Corporation | PO Box 530 | Lothian | MD | 20711 | |
| Advanced Online | PO Box 204834 | Dallas | TX | 75320-4834 | |
| Aetna - Stop Loss & Aso Fees | PO Box 88863 | Chicago | IL | 60695-1863 | |
| Aetna - Voluntary | PO Box 536919 | Atlanta | GA | 30353-6919 | |
| Aetna Sign Group | 2438 Freedom Drive | San Antonio | TX | 78217 | |

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| Affordable Ac & Heating | PO Box 1632 | Leander | TX | 78641 | |
| Alabama Power | PO Box 242 | Birmingham | AL | 35292 | |
| Alexandria Renew Enterprises | PO Box 26428 | Alexandria | VA | 22313-6428 | |
| All American Coatings & Remodeling | PO Box 203171 | Austin | TX | 78720 | |
| All Community Events Inc | 1152 Ensell Road | Lake Zurich | IL | 60047 | |
| Allegiance Electric | 6820 S Sunnyland Rd | Oklahoma City | OK | 73135 | |
| Allied 100, LLC | 1800 Us Hwy 51 North | Woodruff | WI | 54568 | |
| Alsco, Inc. - Lanham MD | 4900 Philadelphia Way | Lanham | MD | 20706 | |
| Ameren Missouri | PO Box 88068 | Chicago | IL | 60680-1068 | |
| American Barbell, LLC | PO Box 364749 | North Las Vegas | NV | 89036 | |
| American Heart Association, Inc. | 7272 Greenville Avenue | Dallas | TX | 75231 | |
| American Hotel Register Company | PO Box 206720 | Dallas | TX | 75320-6720 | |
| Ameripride Linen & Uniform Services | PO Box 1564 | Bemidji | MN | 56619-1564 | |
| Ameri-Vegan Inc. | 3835 Thousand Oaks Blvd | Westlake Village | CA | 91362 | |
| Am-Finn Sauna & Steam | 372 S Eagle Rd , Suite 341 | Eagle | ID | 83616 | |
| Ams Of Texas LLC | 6115 W Campus Circle Drive | Irving | TX | 75063 | |
| Anchor Plumbing Of Wnc, Inc. | PO Box 636 | Swannanoa | NC | 28778 | |
| Ancor Inc. | 831 James Street | Syracuse | NY | 13203 | |
| Aqua Chill Of San Antonio | PO Box 865 | Antioch | IL | 60002 | |
| Aramark Uniform Services | PO Box 731676 | Dallas | TX | 75373-1676 | |
| Arlington County Treasurer | Utilities Service OfficePo Box 1752 | Merrifield | VA | 22116-1752 | |
| Aroma Impressions | 6840 West 70Th Street | Shreveport | LA | 71129 | |
| Arrow Machinery Co., Inc. | 1121 N Martin Luther King Ave. | Oklahoma City | OK | 73117 | |
| Aspen Marketing | 10180 Telesis Ct Ste 333 | San Diego | CA | 92121 | |
| AT&T | PO Box 105414 | Atlanta | GA | 30348-5414 | |
| AT&T - 42007/33010/42011/42003/363008/42004/33005 | PO Box 105262 | Atlanta | GA | 30348-5262 | |
| AT&T - 43069/42001/43027 | PO Box 5014 | Carol Stream | IL | 60197-5014 | |

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| AT&T- 20008 | PO Box 105068 | Atlanta | GA | 30348-5068 | |
| AT&T- 43058/43069/43033/43032 | PO Box 105414 | Atlanta | GA | 30348-5414 | |
| Atlantic Building Solutions, LLC | PO Box 527 | Kernersville | NC | 27285 | |
| Atlantis | 4745 Avenue Des Industries | Laval | QC | H7C 1A1 | Canada |
| Atmos Energy/630872/740353 | PO Box 630872 | Cincinnati | OH | 45263-0872 | |
| Auto Chlor Services, LLC. | Department #205 | Houston | TX | 77210-4869 | |
| Balazas Fitness / Boxing | 625 Todd Road | Honey Brook | PA | 19344 | |
| Bathrooms, Etc. | 667 Apache Drive | Winston-Salem | NC | 27107 | |
| Batteries Plus - Knoxville | 10323 Deerborn Ln | Knoxville | TN | 37932 | |
| BCN Telecom, Inc. | PO Box 842840 | Boston | MA | 02284-2840 | |
| Bensussen Deutsch & Associates LLC | 15525 Woodinville-Redmond Rd Ne | Woodinville | WA | 98072 | |
| Berwick Electric Co | PO Box 7286 | Colorado Springs | CO | 80933-7286 | |
| Best Security Industries | 755 Nw 17Th Avenue, Suite 101 | Delray Beach | FL | 33445 | |
| Bge | PO Box 13070 | Philadelphia | PA | 19101-3070 | |
| Big Commerce Inc | 11305 Four Points Drive | Austin | TX | 78726 | |
| Binswanger Glass # 96 | PO Box 172321 | Memphis | TN | 38187-2321 | |
| Biz Com Press | 1400 Preston Rd, #305 | Plano | TX | 75093-5871 | |
| Brask Mall Services Iii | PO Box 93717 | Las Vegas | NV | 89193 | |
| Brian`S Pllumbing Inc | 901 Ohio Avenue | Wichita Falls | TX | 76301 | |
| Broadcast Vision Entertainment | PO Box 1589 | Berthoud | CO | 80513 | |
| Brownsville Public Utilities Board | PO Box 660566 | Dallas | TX | 75266-0566 | |
| Bryan Texas Utilities (Btu) | PO Box 8000 | Bryan | TX | 77805 | |
| Business Coffee Service, Inc. | 310 E Mitchell | San Antonio | TX | 78210 | |
| C-6 Disposal Systems, Inc | PO Box 160489 | San Antonio | TX | 78280-2689 | |
| Cardinal Nation Lawn Maintenance | 309 Dora Place | Ofallon | MO | 63366 | |
| Catapult Solutions Group | 1800 Preston Park Blvd, Suite 275 | Plano | TX | 75093 | |

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| CEC Facilities Group, LLC | 1275 Valley View Lane | Irving | TX | 75061 | |
| Centerpoint Energy Services/301149 | PO Box 301149 | Dallas | TX | 75303-1149 | |
| Centerpoint Energy/1325/4981/2628 | PO Box 4981 | Houston | TX | 77210-4981 | |
| Centurylink | PO Box 2961 | Phoenix | AZ | 85062-2961 | |
| Centurytel | PO Box 4300 | Carol Stream | IL | 60197-4300 | |
| Certified Pool And Spa | 5642 Williams Drive | Corpus Christi | TX | 78412 | |
| Champion Janitorial | 664 N Glenville Dr | Richardson | TX | 75081 | |
| Champion Utility Billing Services LLC | PO Box 1927 | Hobe Sound | FL | 33475-1927 | |
| Cheng Cohen LLC | 311 N Aberdeen St., Suite 400 | Chicago | IL | 60607 | |
| Cherry Blossom, Inc. | 4963 Elm St Suite 106 | Bethesda | MD | 20814 | |
| Cigna Dental Health, Inc | 5476 Collections Center Drive | Chicago | IL | 60693-0547 | |
| Cigna Health & Life Insurance Company | 900 Cottage Grove Rd | Hartford | CT | 06152 | |
| Cintas 212 | PO Box 630910 | Cincinnati | OH | 45263-0910 | |
| Cintas Corp #452 | PO Box 88005 | Chicago | IL | 60680-1005 | |
| Cintas Corporation | PO Box 630803 | Cincinnati | OH | 45263-0803 | |
| Cintas Corporation #538 | PO Box 29059 | Phoenix | AZ | 85038-9059 | |
| Cintas First Aid & Safety | PO Box 631025 | Cincinnati | OH | 45263-1025 | |
| City Electric Supply Co. | PO Box 16707 | Greensboro | NC | 27416 | |
| City Of Arnold Municipal Services, Mo | Municipal Services2101 Jeffco Blvd | Arnold | MO | 63010 | |
| City Of Arnold Municipal Services, Mo | Municipal Services2101 Jeffco Blvd | Arnold | MO | 63195-9435 | |
| City Of Asheville, Nc | Regional Water AuthorityPo Box 733 | Asheville | NC | 28802 | |
| City Of Austin, Tx | PO Box 2267 | Austin | TX | 78783-2267 | |
| City Of Bellmead, Tx | 3015 Bellmead Drive | Waco | TX | 76705 | |
| City Of Burlington, Nc | PO Box 1358 | Burlington | NC | 27216-1358 | |

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| City Of Cedar Park, Tx | Bldg 2450 Cypress Creek Rd | Cedar Park | TX | 78613-2216 | |
| City Of Chattanooga, Tn | PO Box 591 | Chattanooga | TN | 37401-0591 | |
| City Of Copperas Cove Utility Admin | PO Box 1419 | Copperas Cove | TX | 76522 | |
| City Of Corpus Christi/659880 | PO Box 659880 | San Antonio | TX | 78265-9143 | |
| City Of Dallas, TX | City Hall 2D South | Dallas | TX | 75201 | |
| City Of Dallas, TX | City Hall 2D South | Dallas | TX | 75277 | |
| City Of Del City, OK | PO Box 15177 | Del City | OK | 73155-5177 | |
| City Of Edmond, OK | PO Box 268927 | Oklahoma City | OK | 73126-8927 | |
| City Of Georgetown, TX | PO Box 1430 | Georgetown | TX | 78627 | |
| City Of Greensboro, NC | PO Box 1170 | Greensboro | NC | 27402-1170 | |
| City Of High Point, NC | Utilities C/O Sandy DriggersPo Box 10039 | High Point | NC | 27261-3039 | |
| City Of Killeen, TX | PO Box 549 | Killeen | TX | 76540-0549 | |
| City Of Kirkwood Utilities Dept, Mo | PO Box 220579 | Kirkwood | MO | 63122-0579 | |
| City Of Live Oak Utilities, TX | 8001 Shin Oak Drive | Live Oak | TX | 78233-2497 | |
| City Of Moore, OK | PO Box 6830 | Moore | OK | 73153-0830 | |
| City Of Norman, OK | PO Box 5599 | Norman | OK | 73070 | |
| City Of O`Fallon, Il | Water Department255 South Lincoln Avenue | O`Fallon | IL | 62269 | |
| City Of O`Fallon, MO | PO Box 870643 | Kansas City | MO | 64187-0643 | |
| City Of Oklahoma City, OK | PO Box 26570 | Oklahoma City | OK | 73126-0570 | |
| City Of Pflugerville, TX | PO Box 589 | Pflugerville | TX | 78691-0589 | |
| City Of Richardson, TX | PO Box 831907 | Richardson | TX | 75083 | |
| City Of Round Rock, TX | 221 E Main St | Round Rock | TX | 78664 | |
| City Of San Marcos, TX | Utility Customer Service Div636 E Hopkins | San Marcos | TX | 78666-6397 | |
| City Of St Peters, MO | PO Box 9 | Saint Peters | MO | 63376 | |
| City Of St. Charles, MO | 200 North Second St | St. Charles | MO | 63301 | |

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| City Of Temple, TX | PO Box 878 | Temple | TX | 76503-0878 | |
| City Of Waco Water Office | Water OfficePo Box 2649 | Waco | TX | 76702-2649 | |
| City Of Waxahachie, TX | Water Billing DepartmentPo Box 39 | Waxahachie | TX | 75168-0039 | |
| City Of Wichita Falls, TX | PO Box 1440 | Wichita Falls | TX | 76307-7532 | |
| City Of Yukon, OK | PO Box 850500 | Yukon | OK | 73085 | |
| Clarity Pool Management, LLC | P O.Box 765 | Simpsonville | SC | 29681 | |
| Clarke Kent Pllumbing, Inc. | 1401 West Ben White Blvd | Austin | TX | 78704 | |
| Clean Kuts Lawn Care | 210 Winderton Dr | Montgomery | AL | 36108 | |
| Clear Spider. Inc. | 5749 Coopers Avenue | Mississauga | ON | L4Z 1R9 | Canada |
| Clubcom, Inc. | 8 Penn Center West Suite 100 | Pittsburgh | PA | 15276 | |
| Coastal Lawn & Landscape, Inc. | 5010 Williams Dr | Corpurs Christi | TX | 78411 | |
| Coca-Cola - (Consolidated) | 1 Coca-Cola Plaza Ccp Bldg - 9Th Flr | Atlanta | GA | 30313 | |
| College Station Utilities - Tx | Utility Customer ServicesPo Box 10230 | College Station | TX | 77842-0230 | |
| Collegiate Licensing Company | 1075 Peachtree St Suite 3300 | Atlanta | GA | 30309 | |
| Colorado Department Of Revenue | PO Box 17087 | Denver | CO | 80261-0013 | |
| Colorado Springs Utilities | PO Box 340 | Colorado Springs | CO | 80901 | |
| Comcast Cable | PO Box 60533 | City Of Industry | CA | 91716-0533 | |
| Comcast Communications | PO Box 70219 | Philadelphia | PA | 19176-0219 | |
| Comcast Communications | PO Box 70219 | Philadelphia | PA | 19176-0219 | |
| Commercial Express Hvac, Inc. | PO Box 76458 | Baltimore | MD | 21275 | |
| Commercial Swim Management | PO Box 952 | Hutto | TX | 78634 | |
| Communications Network, Inc | PO Box 827 | Muncie | IN | 47308 | |
| Concept2, Inc. | 105 Industrial Park Drive | Morrisville | VT | 05661 | |
| Concur Technologies,Inc. | 62157 Collections Center Dr | Chicago | IL | 60693 | |
| Constellation Newenergy Gas Div LLC/5471 | PO Box 5471 | Carol Stream | IL | 60197-5471 | |
| Constellation Newenergy/4640 | Bank Of America Lockbox ServicePo Box 4640 | Carol Stream | IL | 60197-4640 | |
| Contractor`S Choice Steambath & Sauna Inc. | 4946 Herton Dr | Jacksonville | FL | 32258 | |

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| Core Health & Fitness LLC | 4400 Ne 77Th Ave., Suite 300 | Vancouver | WA | 98662 | |
| Corporate Records Management | 3141 Hansboro Ave. | Dallas | TX | 75233 | |
| Corporate Services Consultants, LLC | PO Box 1048 | Dandridge | TN | 37725 | |
| Cothrons Safe & Lock, Inc. | 8120 Exchange Dr , Suite 100 | Austin | TX | 78754 | |
| Cox Communications | Dept. 781114Po Box 78000 | Detroit | MI | 48278-1114 | |
| Cox Communications | Dept. 781114 | Detroit | MI | 48278-1114 | |
| Cps Energy | PO Box 2678 | San Antonio | TX | 78289-0001 | |
| Creative Surfaces Inc. | PO Box 84611 | Sioux Falls | SD | 57118-4611 | |
| Crg - Club Resource Group | 1875 N Macarthur Drive | Tracy | CA | 95376 | |
| Css - Cornell Storefront Systems, Inc. | 140 Maffet Street | Wilkes-Barre | PA | 18705 | |
| Cuivre River Electric Cooperative Inc | 8757 Hwy N | Lake Saint Louis | MO | 63367 | |
| Culligan Water Conditioning Of S.A. Inc. | 1034 Austin St. | San Antonio | TX | 78208 | |
| Cvs Pharmacy, Inc | One Cvs Drive | Woonsocket | RI | 02895 | |
| Databank Holdings, LTD. | PO Box 732200 | Dallas | TX | 75373-2200 | |
| Dc Water And Sewer Authority | PO Box 97200 | Washington | DC | 20090 | |
| Desoto Water Utilities | PO Box 550 | Desoto | TX | 75123-0550 | |
| Diebold Ventures | 11820 Juniette Street | Culver City | CA | 90230 | |
| Directv | PO Box 105249 | Atlanta | GA | 30348 | |
| Directv | PO Box 105249 | Atlanta | GA | 30348 | |
| Dish Network | PO Box 94063 | Palatine | IL | 60094-4063 | |
| Dito, LLC | 9913 Sugerwood Lane | Manassas | VA | 20110 | |
| Dixie Electric Cooperative | Department 1340Po Box 2153 | Birmingham | AL | 35287-1340 | |
| Docusign Inc | PO Box 123428 | Dallas | TX | 75312-3428 | |
| Dominion Elevator Inspection Services | 7475 Carlisle Road | Wellsville | PA | 17365 | |
| Dominion Energy North Carolina | PO Box 100256 | Columbia | SC | 29202-3256 | |

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| Dominion Va/Nc Power/26543/26666 | PO Box 26543 | Richmond | VA | 23290-0001 | |
| Door Direct | 751 E Bayou Pines, Suite Q | Lake Charles | LA | 70601 | |
| Downey Plumbing Heating & Air Conditioning | 11829 Downey Avenue | Downey | CA | 90241 | |
| DRM Waste Management | PO Box 659 | Forked River | NJ | 08731 | |
| DS Waters Of America | PO Box 660579 | Dallas | TX | 75266-0579 | |
| Duckett Creek Sanitary District | PO Box 790169 | St. Louis | MO | 63179-0169 | |
| Duke Energy Progress | PO Box 1003 | Charlotte | NC | 28201-1003 | |
| Duke Energy/70515/70516 | PO Box 70516 | Charlotte | NC | 28272-0516 | |
| Ecova, Inc. | 1313 North Atlantic, Suite 5000 | Spokane | WA | 99201 | |
| Ecova, Inc. - Monthly Service Fees | 1313 North Atlantic | Spokane | WA | 99201 | |
| Egym Inc. Dba Netpulse | 300 Park Avenue, Floor 12 | New York City | NY | 10022-7419 | |
| Elite Heating & Air Conditioning | 8910 Research Blvd, Suite C4 | Austin | TX | 78758 | |
| EMC Corporation | 176 South Street | Hopkinton | MA | 01748 | |
| Emmis Austin Radio Broadcasting Company | PO Box 731488 | Dallas | TX | 75373-1488 | |
| Empire Roofing Companies, Inc. | 16311 Central Commerce Dr | Pflugerville | TX | 78660 | |
| Employee Benefits Corporation | PO Box 44347 | Madison | WI | 53744-4347 | |
| Engineered Digital Applications Inc | PO Box 986 | Charles Town | WV | 25414 | |
| Enmotive Company LLC | 951 Corporate Grove Drive | Buffalo Grove | IL | 60089 | |
| Epb - Electric Power Board- Chattanooga | Attn: Remittance ProcessingPo Box 182254 | Chattanooga | TN | 37422-7253 | |
| Equipment Depot LTD | 1105 Wooded Acres, Suite 700 | Waco | TX | 76710 | |
| Etz Multi Service LLC | 4118 Burke Station Rd | Fairfax | VA | 22032 | |
| Europa Sports Products, LLC | 11401 H Granite Street | Atlanta | GA | 30384-7440 | |
| Express Services | PO Box 203901 | Dallas | TX | 75320 | |
| Extractor Corporation | PO Box 99 | South Elgin | IL | 60177 | |
| F M George Safe & Lock | PO Box 3398 | Knoxville | TN | 37927 | |
| Facility Solutions Group, Inc. | PO Box 896508 | Charlotte | NC | 28289-6508 | |

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| Facility Source, LLC | PO Box 846847 | Los Angeles | CA | 90084-6847 | |
| Fairfax Water - Va | PO Box 71076 | Charlotte | NC | 28272-1076 | |
| Federal Express Corporation | PO Box 660481 | Dallas | TX | 75266-0481 | |
| Ferguson Enterprises, Inc. | PO Box 847411 | Dallas | TX | 75284-7411 | |
| Fibrenew Asheville | 3 Green Drake Ct | Candler | NC | 28715 | |
| Fire & Life Safety America Inc | 8827 Staples Mill Road | Richmond | VA | 23228 | |
| First Advantage Background Services Corp | PO Box 403532 | Atlanta | GA | 30349 | |
| Fit Radio | 3423 Piedmont Rd, Ne | Atlanta | GA | 30305 | |
| Fitness Anywhere, LLC | Dept La 24914 | Pasadena | CA | 91185-4914 | |
| Forum Analytics | PO Box 848844 | Los Angeles | CA | 90084 | |
| Frederick County Division Of Utilities | Duswm4520 Metropolitan Ct | Frederick | MD | 21704 | |
| Freemotion Fitness,Inc. | PO Box 734122 | Chicago | IL | 60673-4122 | |
| Freestate Electrical Service Company | 13335 Mid Altlantic Blvd | Laurel | MD | 20708 | |
| Frio Ac LLC | 8111 Ashwood Pointe | San Antonio | TX | 78254 | |
| Front Range Aquatech | 1539 Dustry Drive | Colorado Springs | CO | 80905 | |
| Full Circle Padding, Inc | PO Box 388 | Norton | MA | 02766 | |
| Genavix, Inc. | 1 Highlander Way | Manchester | NH | 03103 | |
| Global Industrial Equipment | 29833 Network Place | Chicago | IL | 60673-1298 | |
| Google - Marketing | 1600 Amphitheatre Parkway | Mountain View | CA | 94043 | |
| Gopher Sport | 2525 Lemond Street Sw | Owatonna | MN | 55060 | |
| Grainger | PO Box 419267 | Kansas City | MO | 64141-6267 | |
| Great Forest Inc. | 2014 Fifth Ave | New York | NY | 10035 | |
| Greenlgiht | 4827 Memphis Street | Dallas | TX | 75207 | |
| Greenville Water, SC | PO Box 687 | Greenville | SC | 29602-0687 | |
| Greer CPW | PO Box 580206 | Charlotte | NC | 28258-0206 | |
| Grey Forest Utilities | PO Box 258 | Helotes | TX | 78023 | |
| Groundwork Coffee, LLC | 5457 Cleon Avenue | North Hollywood | CA | 91601 | |

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| Gtt Communications Inc | PO Box 382828 | Pittsburgh | PA | 15251-8828 | |
| Hamlin Pools LP | 300 West Eldor Road | Pharr | TX | 78577 | |
| Haynes Heating & Cooling | PO Box 16589 | Asheville | NC | 28816 | |
| Hays County WCID #1 | PO Box 684000 | Houston | TX | 77268 | |
| Healthcheck Systems Inc. | 4802 Glenwood Road | Brooklyn | NY | 11234 | |
| Hensel Electric Company | 501 Towne Oaks Drive | Waco | TX | 76710 | |
| High-Tech-Tronics, Inc. | 6011 Melrose Lane | Oklahoma City | OK | 73127 | |
| Hines Pool And Spa Inc | 900 Mcphaul Street | Austin | TX | 78758 | |
| Hoist Fitness Systems | 11900 Community Rd | Poway | CA | 92064 | |
| Holmes Murphy & Associates, LLC | Attn: Trust Account | Des Moines | IA | 50301 | |
| Home Depot Usa | Dept 32-2500872159 | Columbus | OH | 43218-3176 | |
| Hootsuite Media Inc | 5 East 8Th Ave | Vancouver | BC | V57 1R6 | Canada |
| Howard County, MD - Water/Sewer Division | Director Of FinanacePo Box 37213 | Baltimore | MD | 21297-3213 | |
| Hr Direct | PO Box 669390 | Pompano Beach | FL | 33066-9390 | |
| Hsd Metrics | 6 East 5Th Street, Suite 499 | Covington | KY | 41011 | |
| Hubbard Radio St Louis | PO Box 959270 | St Louis | MO | 63195 | |
| Hyatt Legal Plans | Dept#781523 | Detroit | MI | 48278 | |
| Iheartmedia - Ashville Market | PO Box 406372 | Atlanta | GA | 30384-6372 | |
| In Store Design Display | 3401 E Truman Road | Kansas City | MO | 64127 | |
| Indeed | 177 Broad Street | Stamford | CT | 06901 | |
| Independent Glass Co., Inc. | 2047 Bell St | Montgomery | AL | 36104 | |
| Infinite Agency LLC | PO Box 51706 | Lafayette | LA | 70505 | |
| Infinity Bay Investments LLC | 12000 Crownpoint Drive | San Antonio | TX | 78233 | |
| Innocore Sales & Marketing Inc. | 399 Woodall Way | Woodstock | OH | N4T 0K9 | Canada |
| Interstate Restoration LLC | 3401 Quorum Dr #300 | Fort Worth | TX | 76137 | |
| Intouch Insight Systems | 400 March Rd | Ottawa | ON | K2K3H4 | Canada |
| Island Oasis | PO Box 846186 | Boston | MA | 02284-6186 | |
| Jacobs Cathey Company | PO Box 7305 | Waco | TX | 76714-7305 | |
| Johnson Health Tech North America, Inc. | 27829 Network Pl | Chicago | IL | 60673-1278 | |

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| Johnson Pools | 1041 Nw 71St Place | Oklahoma City | OK | 73116 | |
| Julie Condy | 6010 Glen Abbey Court | Garland | TX | 75044 | |
| Keifer Aquatics | 903 Morrissey Drive | Bloomington | IL | 61701 | |
| Keiser Corporation | 2470 S Cherry Ave | Fresno | CA | 93706 | |
| Kerry Ingredients & Flavors | PO Box 98489 | Chicago | IL | 60693-8489 | |
| Kieffer Starlite | 3322 Washington Avenue | Sheboygan | WI | 53081 | |
| Kinko`S Inc. | Customer Administrative Svcs | Dallas | TX | 75267-2085 | |
| Klemchuk LLP | 8150 N Central Expressway, 10Th Fl | Dallas | TX | 75206 | |
| Kyocera Document Solutions Southwest, LLC | 2825 Story Rd West | Irving | TX | 75038-5268 | |
| L & S Boiler Company LLC | 3028 Todd Lane | Pinson | AL | 35126 | |
| Leicester Pool And Spa, LLC | PO Box 725 | Leicester | NC | 28748 | |
| Lennox National Account Services, LLC | PO Box 731627 | Dallas | TX | 75373-1627 | |
| Les Mills United States Trading, Inc. | PO Box 74008587 | Chicago | IL | 60674-8587 | |
| Leslie`S Swimming Pool Supplies | PO Box 501162 | St Louis | MO | 63150-1162 | |
| Level 3 Financing Inc. | PO Box 910182 | Denver | CO | 80291-0182 | |
| Life Fitness, LLC | 10601 Belmont Ave | Franklin Park | IL | 60131 | |
| Lifeblue Inc. | 5830 Granite Parkway, Suite 1250 | Plano | TX | 75024 | |
| Lincoln Nationial Life - Voluntary Premiums | PO Box 0821 | Carol Stream | IL | 60132-0821 | |
| Lochridge Priest, Inc. | PO Box 154187 | Waco | TX | 76715 | |
| Log Me In Usa, Inc. | PO Box 50264 | Los Angeles | CA | 90074-0264 | |
| Lopez Glass, Inc | 7635-A Fullerton Rd | Springfield | VA | 22153 | |
| Los Angeles Dept Of Water & Power/30808 | PO Box 30808 | Los Angeles | CA | 90030-0808 | |
| Lyle Dieckmann | 2628 W I-44 Service Road | Oklahoma City | OK | 73112 | |
| M & M Metals, Inc | 103 Braniff Dr | San Antonio | TX | 78216 | |
| Magna Iv Color Imaging, Inc | 2401 Commercial Lane | Little Rock | AR | 72206 | |
| Magnolia Plumbing, Inc. | 600 Gallatin Street Ne | Washington | DC | 20017 | |
| Manville Water Supply Corp | PO Box 248 | Coupland | TX | 78615 | |

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| Massage Warehouse | PO Box 6726 | Carol Stream | IL | 60197-6726 | |
| Medina Valley Security, Inc. | PO Box 711 | Natalia | TX | 78059 | |
| Method Pools LLC | PO Box 3237 | Waxahachie | TX | 75168 | |
| Metropolitan St. Louis Sewer Dist/437 | PO Box 437 | St. Louis | MO | 63166 | |
| Meyer Dunlap - Corporate | 6100 Cedar Springs Rd | Dallas | TX | 75235 | |
| Meyer Dunlap - Retail | 6100 Cedar Springs Rd | Dallas | TX | 75235 | |
| Midwest Electronic Systems, Inc. | 2000 Forum Blvd Suite 6 | Columbia | MO | 65203 | |
| Midwest Pool And Court Co., Inc. | 7841 Manchester Road | St Louis | MO | 63143 | |
| Missouri American Water | PO Box 6029 | Carol Stream | IL | 60197-6029 | |
| Montgomery Water Works | PO Box 1670 | Montgomery | AL | 36102-1670 | |
| Mood Media | PO Box 71070 | Charlotte | NC | 28272-1070 | |
| Mood Media | PO Box 71070 | Charlotte | NC | 28272-1070 | |
| Morpheus Labs Inc | 423 6Th St South | Kirkland | WA | 98033 | |
| Motionsoft, Inc. | 1451 Rockville Pike, Suite 500 | Rockville | MD | 20852 | |
| Mullin Plumbing Inc. | 118 S Elm Place | Broken Arrow | OK | 74012 | |
| Mye Technologies | 28460 Westinghouse Place | Valencia | CA | 91355 | |
| Naomys Landscaping | 3824 Cedar Springs Road, Box 376 | Dallas | TX | 75219 | |
| National Council On Strength & Fitness | 5915 Ponce De Leon Blvd | Coral Gables | FL | 33146 | |
| National Gym Supply Inc | PO Box 748735 | Los Angeles | CA | 90074-8735 | |
| National Wholesale Supply | PO Box 54007 | Dallas | TX | 75354 | |
| Netwolves Network Services | 4710 Eisenhower BlvdSuite 8 | Tampa | FL | 33634-6336 | |
| New Braunfels Utilities, TX | PO Box 660 | San Antonio | TX | 78293-0660 | |
| NG & G Facility Services Int`L | 2929 Expressway Drive North, #300B | Islandia | NY | 11749 | |
| Nitel, Inc. | Lockbox Dept 4929 | Carol Stream | IL | 60122-4929 | |
| No Carbs LLC | 2221 Lincoln Blvd | Venice | CA | 90291 | |
| North Pier Fiduciary Management, LLC | 4333 Admiralty Way, G1-West | Marina Del Rey | CA | 90292 | |

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| North State | PO Box 612 | High Point | NC | 27261-0612 | |
| Novatech, Inc. | 7251 Appling Farma Parkway | Memphis | TN | 38133 | |
| Octane Fitness, LLC | PO Box 101830 | Pasadena | CA | 91189-1830 | |
| Office Depot, Inc. | PO Box 29248 | Phoenix | AZ | 85038 | |
| OG&E -Oklahoma Gas & Electric Service | PO Box 24990 | Oklahoma City | OK | 73124-0990 | |
| Oklahoma Natural Gas Co: Kansas City | PO Box 219296 | Kansas City | MO | 64121-9296 | |
| Omni Hotels Management Corporation | 4001 Maple Ave, Ste 500 | Dallas | TX | 75219 | |
| Open Text Inc | 24685 Network Place | Chicago | IL | 60673-1246 | |
| Opto Intermediate Holdco, Inc. | 1325 N Mittel Blvd | Wood Dale | IL | 60191 | |
| Optumrx Inc, | PO Box 888765 | Los Angeles | CA | 90088 | |
| Orkin LLC | PO Box 1504 | Atlanta | GA | 30301-1504 | |
| Pace Communications, Inc. | 1301 Carolina Street | Greensboro | NC | 27401 | |
| PC Connection | PO Box 382808 | Pittsburgh | PA | 15250-8808 | |
| Peak Uptime | PO Box 4674 | Tulsa | OK | 74159 | |
| Pedernales Electric Cooperative, Inc. | PO Box 1 | Johnson City | TX | 78636-0001 | |
| Pelham Water Works | PO Box 1479 | Pelham | AL | 35124 | |
| Pellerin Laundry Machinery Sales Co., Inc. | PO Box 1137 | Kenner | LA | 70063 | |
| Pepco (Potomac Electric Power Company) | PO Box 13608 | Philadelphia | PA | 19101-3608 | |
| Performance Food Group - Dallas | PO Box 209043 | Dallas | TX | 75320-9043 | |
| Performance Foodservice-Houston | 6855 Business Park Drive | Houston | TX | 77041 | |
| Petra-1, LP | 12386 Osborne Place | Pacoima | CA | 91331 | |
| Philadelphia Insurance Companies | PO Box 70251 | Philadelphia | PA | 19176-0251 | |
| Piedmont Natural Gas | PO Box 1246 | Charlotte | NC | 28201-1246 | |
| Piedmont Service Group | PO Box 603909 | Charlotte | NC | 28260-3909 | |
| Pinpoint Merchandising | 3710 W Royal Ln, Suite 125 | Irving | TX | 75063 | |

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| Politon, Inc. | PO Box 1851 | Lake Dallas | TX | 75065-1851 | |
| Poolpak LLC | 3491 Industrial Dr | York | PA | 17402 | |
| Potomac Edison | PO Box 3615 | Akron | OH | 44309-3615 | |
| Pound Rockout Workout LLC | PO Box 39347 | Los Angeles | CA | 90039 | |
| Power Systems | 5700 Casey Drive | Knoxville | TN | 37909 | |
| Precision Environmental Services, Inc. | PO Box 2638 | Woodbridge | VA | 22195 | |
| Precor Inc | 20031 142Nd Ave Ne | Woodinville | WA | 98072-4002 | |
| Pritchard Industries Southeast, Inc. | 216 Business Center Dr | Birmingham | AL | 35244 | |
| Projects Plus Austin | 403 East Park Street | Cedar Park | TX | 78613 | |
| Pro-Line Systems, Inc. | PO Box 5598 | Rockville | MD | 20855 | |
| Providence Risk & Insurance Services, Inc. | PO Box 700370 | San Antonio | TX | 78270-0370 | |
| Prudential Overall Supply | PO Box 11210 | Santa Ana | CA | 92711 | |
| Pta Global Inc | 32107 Lindero Canyon Rd | Westlake Village | CA | 91361 | |
| Public Water Supply District No. 1 | PO Box 646 | Arnold | MO | 63010 | |
| PWSD No.2 Of St. Charles County | LockboxPo Box 956034 | St Louis | MO | 63195-6034 | |
| R E Lawn Patrol Inc | 7 Golden Oaks Lane | Fletcher | NC | 28732 | |
| Radio & Television Associates, Inc. | 6060 Center Drive, Floor 10 | Los Angeles | CA | 90045-1598 | |
| Ready Care Industries | 15845 E 32Nd Ave #2A | Aurora | CO | 80011 | |
| Red Hawk Fire & Security LLC | PO Box 650394 | Dallas | TX | 75265-0394 | |
| Red Rock Resort Casino & Spa | 11011 West Charleston Blvd | Las Vegas | NV | 89135 | |
| Redshift | 436 7Th Avenue, Suite 200 | Pittsburgh | PA | 15219 | |
| Regency Lighting | PO Box 205325 | Dallas | TX | 75320-5325 | |
| Regupol Zebra Athletics, LLC | 9210 Wyoming Ave. N , #270 | Brooklyn Park | MN | 55445 | |
| Republic Services #794 - Hutchins | PO Box 78829 | Phoenix | AZ | 85062-8829 | |
| River City Lock & Key | 12151 Jones Maltsberger | San Antonio | TX | 78247 | |
| Roberts Oxygen Company | PO Box 5507 | Rockville | MD | 20855 | |
| Rocket Fresh, LLC | 230 West Avenue 26, #242 | Los Angeles | CA | 90031 | |

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| Rosenberg Indoor Comfort | 4335 Vance Jackson, #505 | San Antonio | TX | 78230 | |
| Roto Rooter | 5672 Collection Center Dr | Chicago | IL | 60693 | |
| Rw Schoolfield Electrical Contractors Inc. | 1221 South Fifth Street | Mebane | NC | 27302 | |
| S R Mechanical Inc | 3824 N Shore Trail | Brownsville | TX | 78520 | |
| S&S Worldwide, Inc. | PO Box 210 | Hartford | CT | 06141-0210 | |
| SA Comunale Co., Inc. | PO Box 150 | Barberton | OH | 44203-1050 | |
| Samuels Glass Company, LLC | 3011 Ne Loop 410, Suite 120 | San Antonio | TX | 78218 | |
| San Antonio Magazine, Inc. | 1250 S Capital Of Tx Hwy 3-395 | Austin | TX | 78746 | |
| San Antonio River Walk Association | 110 Broadway, Suite 500 | San Antonio | TX | 78205 | |
| San Antonio Security | 31520 Blanco Rd | Bulverde | TX | 78163 | |
| San Antonio Water System, Tx | PO Box 2990 | San Antonio | TX | 78299-2990 | |
| Scott Equipment Inc. | 5612 Mitchelldale | Houston | TX | 77092 | |
| Sea Breeze Landscaping | 11866 Wilshire Blvd | Los Angeles | CA | 90025 | |
| Security Water & Sanitation Districts | 231 Security Blvd | Colorado Springs | CO | 80911-1947 | |
| Sellers Electric, Inc. | 383 Merrimon Avenue, Suite B | Asheville | NC | 28801 | |
| Sentry Watch, Inc. | PO Box 10362 | Greensboro | NC | 27404-0362 | |
| Servicechannel.Com, Inc | PO Box 392642 | Pittsburgh | PA | 15251-9642 | |
| Setliff Law, Pc | 4940 Dominion Blvd | Glen Allen | VA | 23060 | |
| Sheet Labels | 7 Pruyn`S Island Dr | Glens Falls | NY | 12801 | |
| Shepherd Controls & Associates LP | 203 South Jupiter Road, Suite A | Allen | TX | 75002 | |
| Sherwin-Williams Co. | PO Box 743885 | Atlanta | GA | 30374-3885 | |
| SHI International Corp | 290 Davidson Ave. | Somerset | NJ | 08873 | |
| Simon Roofing And Sheet Metal Corp | PO Box 951109 | Cleveland | OH | 44193 | |
| Smith Lawn And Tree | 3200 Handley Ederville Rd | Richland Hill | TX | 76118 | |
| Smoothie Holdings Fc, LLC | 2811 Mckinney Avenue | Dallas | TX | 75204 | |
| Southern California Gas (The Gas Co.) | PO Box C | Monterey Park | CA | 91756 | |
| Southwest Electrical Contracting Services, LTD. | 9435 East Loop 1604 North | Converse | TX | 78109 | |

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| Southwest Media Group | 1717 Main Street, Suite 4000 | Dallas | TX | 75201 | |
| Spa Partners | 22 Deforest Avenue | East Hanover | NJ | 07936 | |
| Spectrum Business | PO Box 60229 | Los Angeles | CA | 90060-0229 | |
| Spire/Birmingham | PO Box 2224 | Birmingham | AL | 35246-0022 | |
| Spire/St Louis | Drawer 2 | St Louis | MO | 63171 | |
| Spm Communications | 2332 Irving Blvd , Ste 110 | Dallas | TX | 75207 | |
| Sportsmith | 5925 S 118Th E Ave., Suite B | Tulsa | OK | 74146 | |
| Sprint | PO Box 4181Acct#201129817 | Carol Stream | IL | 60197-4181 | |
| Squeegee Pros, Inc. | PO Box 5384 | Mooresville | NC | 28117 | |
| Suddenlink | PO Box 70340 | Philadelphia | PA | 19176-0340 | |
| Sunbelt Rentals | PO Box 409211 | Atlanta | GA | 30384-9211 | |
| Sunny Pools Inc | 12481 Hedges Run Drive | Woodbridge | VA | 22192 | |
| Supplyworks | 701 San Marco Blvd | Jacksonville | FL | 32207 | |
| Supreme Audio, Inc. | PO Box 550 | Marlborough | NH | 03455-0550 | |
| Susan G Komen San Antonio | PO Box 6678 | San Antonio | TX | 78209 | |
| Swimrite Pool Service, LLC | 2420 Rocky Ridge Road | Birmingham | AL | 35243 | |
| Tech Electronics | PO Box 790379 | St Louis | MO | 63179 | |
| Technogym Usa Corp | 700 Route 46 East | Fairfield | NJ | 07004 | |
| Tennessee-American Water Company | PO Box 6029 | Carol Stream | IL | 60197-6029 | |
| Texas Gas Service | PO Box 219913 | Kansas City | MO | 64121-9913 | |
| The Abs Company | PO Box 9 | Flanders | NJ | 07836 | |
| The Stitch Spot | 6 Balmoral | Richardson | TX | 75082 | |
| The Store Decor Company | PO Box 2747 | Rowlett | TX | 75030 | |
| Thyssenkrupp Elevator Corporation | PO Box 933004 | Atlanta | GA | 31193-3004 | |
| Time Warner Cable | PO Box 60074 | City Of Industry | CA | 91716-0074 | |
| Time Warner Cable Enterprises LLC | Box 223085 | Pittsburgh | PA | 15251-2085 | |
| Tipton Linen | 1415 Independence Street | Cape Girardeau | MO | 63703 | |
| Tm Electric Company | 9802 Gray Blvd | Austin | TX | 78758 | |

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| T-Mobile | PO Box 742596 | Cincinnati | OH | 45274-2596 | |
| Tog | PO Box 1240 | Attleboro | MA | 2703 | |
| Tolin Mechanical Systems | 12005 E 45Th Ave | Denver | CO | 80239 | |
| Top Of The World LLC | PO Box 721210 | Norman | OK | 73070 | |
| Torque Fitness, LLC | 9365 Holly Street Nw | Coon Rapids | MN | 55433 | |
| Townsquare Media - Wichita Falls | PO Box 301040 | Dallas | TX | 75303-1040 | |
| Tractorbeam LP | 1526 S Good Latimer Expy., Suite 130 | Dallas | TX | 75226 | |
| Trt Holding, Inc | 4001 Maple Ave | Dallas | TX | 75219 | |
| True Fitness Technology Inc | PO Box 419161 | Creve Coeur | MO | 63141 | |
| True Source LLC | 2929 Expressway Drive North, #300B | Iinlandia | NY | 11749 | |
| Ts Heating & Air, Inc. | 8484 Nw 39Th Expressway | Bethany | OK | 73008 | |
| United Refrigeration, Inc. | PO Box 644628 | Pittsburgh | PA | 15264-4628 | |
| Unum - Provident Life | And Accident Insurance CompanyPo Box 403748 | Atlanta | GA | 30384-3748 | |
| Usa Today | PO Box 677446 | Dallas | TX | 75267-7446 | |
| Vena Solutions Usa Inc | 1971 Western Avenue, #1125 | Albany | NY | 12203 | |
| Viasat | 6155 El Camino Real | Carlsbad | CA | 92009 | |
| Viasat Inc | 6155 El Camino Real | Carlsbad | CA | 92009 | |
| Virginia American Water Company | PO Box 371880 | Pittsburgh | PA | 15250-7800 | |
| Visual Fitness Planner, LP | PO Box 91054 | Austin | TX | 78709 | |
| Vsp - Vision Service Plan | PO Box 742788 | Atlanta | CA | 90074-2788 | |
| Walz Mechanical, Inc. | 14140 Tobiano Trl | Helotes | TX | 78023 | |
| Washington Gas/37747 | PO Box 37747 | Philadelphia | PA | 19101-5047 | |
| Waste Management - 660345 | PO Box 660345 | Dallas | TX | 75266-0345 | |
| Wayne Automatic Sprinkler Corp | 10720 Midwest Industrial Blvd | St Louis | MO | 63132 | |
| Weber Fire And Safety | 10944 Gravois Industrial Court | St Louis | MO | 63128-2022 | |
| Wells Fargo Vendor Financial Services, LLC | PO Box 10306 | Des Moines | IA | 50306-0306 | |

| Name | Address | City | State | Zip | Country |
|------|---------|------|-------|-----|---------|
| Westmoreland Pool Co | 4505 Wyoming Avenue | Wichita Falls | TX | 76310 | |
| Westport Group Inc | 4000 Sunrise Road Suite 1100 | Round Rock | TX | 78665 | |
| Wheat Creative LLC | 6835 S Eastern Ave., Suite 110 | Las Vegas | NV | 89119 | |
| Wilson Safe Co. | 3031 Island Avenue | Philadelphia | PA | 19142 | |
| Windstream | PO Box 9001013 | Louisville | KY | 40290-1013 | |
| Winstead Pc | 500 Winstead Building | Dallas | TX | 75201 | |
| Wired Right Electric | 335 Valley Oak Drive | Bandera | TX | 78003 | |
| Wm Recycle America | PO Box 73356 | Chicago | IL | 60673-7356 | |
| Wow! Business | PO Box 70999 | Charlotte | NC | 28272-0999 | |
| WSSC Water | 14501 Sweitzer Lane | Laurel | MD | 20707-5901 | |
| WTCPUA Bee Cave | Bldg B, Ste 110, Bee Cave13215 Bee Cave Pkwy | Bee Cave | TX | 78738-5561 | |
| Xerox Business Solutioins, Southwest | 820 West Sandy Lake Road | Coppell | TX | 75019-3816 | |
| Xpressdocs | Dept 3413 | Dallas | TX | 75312-3413 | |
| Xtreme Activewear | 1605 W 130Th St., Suite 5 | Gardena | CA | 90249 | |
| Yelp, Inc | PO Box 204393 | Dallas | TX | 75320 | |